JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 17 2007

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

MAY - 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1763

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION*

07-cv-00526-MSK

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 152 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY   2007

GREGORY C. LANGHAM
CLERK

I HEREBY CERTIFY that the above
foregoing is a true and correct copy
of the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By ..... JOHN ICKLAN
Deputy Clerk

# SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1763
## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| COLORADO<br>CO  1  07-526 | Kristin Boerstler v. Regeneration Technology, Inc. |
| HAWAII<br>HI  1  07-160 | Ronald Scovil v. Tea Sung Kang |
| NEW YORK EASTERN<br>~~NYE  1  07-250~~ | ~~Mona Marks v. BioMedical Tissue Services, Ltd., et al.~~  Vacated 4/26/07 |
| NEW YORK SOUTHERN<br>NYS  1  07-2465 | Linda Bassett v. Medtronic, Inc., et al. |
| SOUTH DAKOTA<br>SD  4  07-4034 | Charles Geigle v. Medtronic, Inc., et al. |
| TEXAS EASTERN<br>TXE  2  07-68<br>TXE  2  07-69 | Randy Cooper v. Medtronic Sofamor Danek, USA, Inc., et al.<br>Cora Nelson v. Medtronic Sofamor Danek, USA, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-20)
## DOCKET NO. 1763
## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

John J. Astuno, Jr.
1775 Sherman Street
#1650
Denver, CO 80203

Sidney A. Backstrom
Scruggs Law Firm, PA
120 A Courthouse Square
P.O. Box 1136
Oxford, MS 38655

Bradford F.K. Bliss
Lyons, Brandt, Cook & Hiramatsu
Davies Pacific Center, Suite 1800
841 Bishop Street
Honolulu, HI 96813

Darby Vincent Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1-A
P.O. Box 6227
Texarkana, TX 75505

Liza Royce Fleissig
Quirk & Bakalor, P.C.
845 Third Avenue
15th Floor
New York, NY 10022

Thomas J. Johnson
Johnson & Christensen, PC
431 N. Phillips Avenue
Suite 300
P.O. Box 899
Sioux Falls, SD 57101-0899

Mark S. Kundla
Hardin, Kundla, McKeon & Poletto, PA
110 William Street
25th Floor
New York, NY 10038

James T. Leavitt, Jr.
Leavitt Yamane & Soldner
Dillingham Transportation Bldg.
735 Bishop Street
Suite 433
Honolulu, HI 96813

Howard F. McPheeters
Burke, Sakai, McPheeters, Bordner, et al.
Grosvenor Center, Mauka Tower, Suite 3100
737 Bishop Street
Honolulu, HI 96813

Mike J. Miller
Solberg, Stewart, Miller & Tjon, Ltd.
1129 5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

David B. Rheingold
Rheingold, Valet, Rheingold, Shkolnik & McCartney
113 East 37th Street
New York, NY 10016-3042

Robert William Richards
Richards Cross & Penn
516 E Commerce Street
P.O, Box 1309
Jacksonville, TX 75766-1309

Eric B. Richman
Law Office of Eric Richman
188 East 64th Street
Suite 1904
New York, NY 10021

Anthony L. Wong
Sumida & Tsuchiyama, LLLC
735 Bishop Street
Suite 411
Honolulu, HI 96813

# INVOLVED JUDGES LIST (CTO-20)
## DOCKET NO.1763
## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Hon. Marcia S. Krieger
U.S. District Judge
A941 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Hon. Samuel P. King
Senior U.S. District Judge
C-461 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

~~Hon. Charles P. Sifton~~
~~Senior U.S. District Judge~~
~~711 S U.S. Courthouse~~
~~225 Cadman Plaza East~~
~~Brooklyn, NY 11201~~

Hon. Robert W. Sweet
Senior U.S. District Judge
1920 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Lawrence L. Piersol
U.S. District Judge
202 U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57104

Hon. T. John Ward
U.S. District Judge
125 Sam B. Hall, Jr. Fed. Bldg. & U.S. Courthouse
100 E. Houston Street
Marshall, TX 75670

## INVOLVED CLERKS LIST (CTO-20)
## DOCKET NO.1763
## IN RE HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

~~Robert C. Heinemann, Clerk~~
~~130 United States Courthouse~~
~~225 Cadman Plaza East~~
~~Brooklyn, NY 11201-1818~~

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144